

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:      01-12-00496-CV

Trial Court Cause
Number:      1171097

Style:      Eddie Medina, Jr.

      **v** Gloria Tate d/b/a Humble Family Skate Center and Humble Family Skate Center, Inc.

Date motion filed[*]:      August 23, 2013

Type of motion:      Motion for Rehearing

Party filing motion:      Appellee

Document to be filed:      no

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

☐  Granted

      If document is to be filed, document due: _____

      ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒  Denied

☐  Dismissed (*e.g.*, want of jurisdiction, moot)

☐  Other: _____

Judge's signature: /s/ Sherry Radack
      ☐ Acting individually    ☒ Acting for the Court

Panel consists of  Chief Justice Radack, and Justices Higley and Brown

Date: April 22, 2014